```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01819
   AFRICA T SMITH
   MARCELLUS A SMITH                        CHAPTER 13

                                            JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-4393      SSN XXX-XX-0309
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 02/02/07 and confirmed on 07/17/07.

   2. The case was dismissed after confirmation, 02/08/2008.

   3. The Debtor paid a total of $   5775.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 12789.00 | 836.63 | 1794.79 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 16625.00 | 482.75 | 1475.94 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATES RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 142.89 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 726.91 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 692.14 | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 800.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL SERVICE GROU | UNSECURED | 2866.77 | .00 | .00 |
| FEMALE HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | 188.45 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GE MONEY BANK | UNSECURED | 199.31 | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 200.00 | .00 | .00 |
| NICOR GAS | UNSECURED | 718.69 | .00 | .00 |

```
OSI FUNDING LLC             UNSECURED       NOT FILED               .00          .00
PENN CREDIT CORP            UNSECURED       NOT FILED               .00          .00
RUSH UNIVERSITY INTERNIS    UNSECURED       NOT FILED               .00          .00
UNITED COLLECTIONS          UNSECURED       NOT FILED               .00          .00
VIKING COLLECTION SERVIC    UNSECURED       NOT FILED               .00          .00
INTERNAL REVENUE SERVICE    UNSECURED          124.98               .00          .00
INTERNAL REVENUE SERVICE    PRIORITY         4785.75                .00          .00
TOYOTA MOTOR CREDIT CORP    UNSECURED        6159.63                .00          .00
UNIVERSITY PATHOLOGISTS     UNSECURED             .00               .00          .00
FORD MOTOR CREDIT CORP      UNSECURED        9441.52                .00          .00
ILLINOIS DEPT REVENUE       PRIORITY         2077.66                .00          .00
ILLINOIS DEPT REVENUE       UNSECURED         418.22                .00          .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
TOTAL CLMS ALLOWED  29414.00      6863.41     22679.51          .00      58956.92
PRINCIPAL PAID       3270.73          .00          .00          .00       3270.73
INTEREST PAID        1319.38          .00          .00          .00       1319.38
TOTAL PAID           4590.11          .00          .00          .00       4590.11
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC           , was allowed $   2500.00 and was paid $    167.00   direct and $     990.05   through the plan.

The Trustee received $     194.84 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


                                PAGE   2
        CASE NO. 07 B 01819 AFRICA T SMITH & MARCELLUS A SMITH